UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID IBARRA,<br><br>    Plaintiff,<br><br>v.<br><br>L.D. ZAMORA, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00144-MJS<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY MOTION TO DISMISS SHOULD NOT BE GRANTED**<br><br>**(ECF No. 19)**<br><br>**FOURTEEN DAY DEADLINE** |

Plaintiff is a prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The Court authorized service of the complaint on Defendant Shittu. (ECF No. 16.) On November 8, 2017, Defendant Shittu filed a motion to dismiss. (ECF No. 19.)

Plaintiff has not filed a response to the motion to dismiss. Plaintiff's last filing in this case was the September 5, 2017 submission of service documents for Defendant Shittu. (ECF No. 17.)

Under the Local Rules of Practice for the United States District Court for the Eastern District of California, opposition, if any, to the granting of a motion "shall be in writing and shall be filed and served not less than fourteen (14) days preceding the noticed (or continued) hearing date." Local Rule 230(c). Failure of a party to comply with the Local Rules or any order of the court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the

Court." Local Rule 110. Any individual representing himself or herself without an attorney is nonetheless bound by the Federal Rules of Civil Procedure, the Local Rules, and all applicable law. Local Rule 183(a). A party's failure to comply with applicable rules and law may be grounds for dismissal or any other sanction appropriate under the Local Rules. Id.

Here, Plaintiff has failed to comply with Local Rule 230. In light of Plaintiff's pro se status and in the interests of justice, the court will provide Plaintiff with an opportunity to show good cause for his conduct along with an opportunity to respond to Defendant's pending motion to dismiss.

IT IS HEREBY ORDERED that:

1. Plaintiff shall show good cause in writing, no later than **fourteen days** from the date of service of this Order, for failing to respond to Defendant's motion and show why sanctions, including dismissal of the action, should not be imposed on him for failing to file timely opposition or non-opposition to the pending motion to dismiss;

2. Any response to this order must be filed with the Court; the response must be accompanied by opposition or a statement of non-opposition to Defendant's motion to dismiss;

3. If plaintiff files opposition to defendant's motion within **fourteen days** of the date of service of this Order, then Defendant's reply, if any, shall be filed within **seven days** of the date of service of the opposition; and

4. Plaintiff is cautioned that failure to file and serve a written response to this Order, along with opposition or a statement of non-opposition to defendant's motion, will be deemed a statement of non-opposition to the granting of defendant's motion to dismiss.

IT IS SO ORDERED.

Dated: March 31, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE